# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAVIS VANDERHOEF,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | **NO. 24-5848** |
| **v.** | : | |
| | : | |
| **TARA GASSENMEYER,** *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this 23rd day of March 2026, upon consideration of non-party Chester County, Pennsylvania District Attorney's Office's, ("Chester County DAO"), *motion to seal Plaintiff's anticipated filings*, (ECF 34), Travis Vanderhoef's, ("Plaintiff"), response in opposition, (ECF 35), the *in-camera* review of anticipated filings submitted to this Court on December 16, 2025, and the *in-camera* review of the unredacted copies of the filings submitted to this Court on March 5, 2026, it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, that Chester County DAO's motion to seal is **GRANTED**, *in part*.  Accordingly, Plaintiff shall file the documents attached to his motion to compel and paginated as **1a to 3a** under seal.

It is further **ORDERED** that Chester County DAO's motion is **DENIED** in all other respects, including it requests that Plaintiff file under seal the documents paginated by Plaintiff as 4a-20a.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*